**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 529 EAL 2016
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
RANDY JENRETTE, :
:
Petitioner :

## ORDER

**PER CURIAM**

AND NOW, this 2nd day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.